AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Matthew Aaron Bondi<br><br>*Defendant.* | )<br>)<br>) Case No. 15-6327-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____6/5/2015-8/4/2015_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | using any facility and means of interstate commerce, that is, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam Granit, Detective Davie PD, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/5/15

_____
Judge's signature

City and state: Fort Lauderdale, Florida       Luarana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

Your affiant is Adam Granit, a federally deputized task force officer assigned to the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. I am a Detective with the Davie Police Department and have been so since June 2000. I am currently assigned to the Internet Crimes Against Children Task Force ("ICAC") and have been so assigned since 2012. I have conducted investigations involving both child pornography and child exploitation. I also have assisted in several child pornography and child exploitation investigations.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies; I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the ICAC Task Force.

4. This affidavit is submitted in support of a Criminal Complaint charging Matthew Aaron Bondi, (hereinafter referred to as "BONDI") with knowingly using a means of interstate or foreign commerce, to persuade, induce, entice, or coerce any individual who has not attained the age

of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a federally deputized task force officer assigned to the Federal Bureau of Investigation (FBI). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## BACKGROUND OF THE INVESTIGATION

6. On July 13, 2015 your affiant was conducting an enticement of a minor investigation involving the victim (15 year old male referred to as "BF"). B.F. and his parents provided your affiant with B.F's cellular phone and consent to search the cellular phone. Your affiant conducted a search of B.F's cellular phone.

7. During the search of B.F's cellular phone, your affiant observed a text conversation on Snapchat, a social messaging website, between B.F. and a subject named "John", who was later identified as BONDI. The conversation starts on November 2, 2014 wherein BONDI sends B.F. a picture of himself fishing. B.F. returns a picture of two males engaged in sexual intercourse.

8. On June 5th B.F. states "If like that Nice cock". BONDI responds "Wana fuck me?" B.F. responds "So hard You've been a bad boy? I'll be sure to teach you a lesson then." BONDI stated "How are you gonna do that?" B.F. stated "I'll fuck you so hard you'll scream so loud that I'll have to switch and shove my cock down your throat." BONDI stated "Oh fuck." B.F. responded "It will be once I cum all over you." BONDI responded "I want a mouthful of cum." B.F. stated "It will be like candy." BONDI stated "Show me that cock  fuck!!! Put it down my throat Yes deep." B.F. responds "I'll make you choke on it." BONDI responded "I want every inch in my mouth I

2

want to feel your hand on my head forcing me." B.F. stated " Ill smack that ass so you'll suck faster" BONDI advised "When's the last time you had ur cock sucked" B.F. stated "Wednesday" BONDI stated "Yum Who sucked it".

9. On June 20th BONDI sends B.F. a message stating "Maybe i can get that cock in my Mouth". B.F. does not respond.

10. On August 1st, BONDI sends B.F. a message stating "Hey I'm in south Florida". BONDI also sends a picture of what appears to be of a person laying face down on a bed naked with their buttocks and back showing. B.F. does not respond.

11. On August 2nd, BONDI sends a message to B.F. stating "Hey". B.F. did not respond.

12. On August 5, 2015 your affiant, posing as B.F., communicated with BONDI on Snapchat. BONDI starts the conversation with "And then swallow your cum." Your affiant responded "Could I do that to u too?" BONDI stated " Oh yeah I plan on fuxking your face too I can't wait to taste that dick." Your affiant responds " No. I'm 15 now and haven't gotten caught yet." BONDI states, "I wish you could fuck me or I could fuck you" Your affiant responded, "I haven't been fucked before." BONDI asked, "Do you want to be fucked" Your affiant responded, "Only if u go easy. I'm 15 an still a virgin." BONDI stated, "I'll go easy I'll eat out your butt have you begging for me to put my cock in But I'll start with a finger and loosen u up Before slipping in my cock and going slow Idk I keep asking for a snap of you and you keep ignoring me. I need you to prove it's you I'm talking to before I meet with you. You have two cameras on ur phone the back camera and the front facing camera they can't both be broke Yea I've never really done this either dude and u keep saying ur age for some reason over and over and now I'm sketched out cause I don't wanna get in trouble I just want to make sure I'm talking to brad so I want some photos that's all." BONDI went on to mention how he could get into trouble for this. Your affiant responded by stating, "I'm not trying to freak u out. My phone sucks. Let me see if I can get it to work."

3

BONDI stated that he wanted to meet with your affiant and take him to a hotel. BONDI advised that he would perform oral and anal sex with your affiant. BONDI asked your affiant if he could leave his residence to meet with him and if he could stay out for a night so they could go to a hotel.

13.     BONDI then asked your affiant to switch to KIK, which is another Internet messaging and social website, to communicate. BONDI provided your affiant with his KIK username, john.john4020, so he could be found. Once the conversation switched to KIK, BONDI asked for a picture of your affiant. Your affiant replied he was unable to send one. Your affiant stated "I am willing to meet u tonight if u still want to. I don't know what else to do" "I can try again." BONDI continues several times to request a picture, but your affiant does not comply. Your affiant tells BONDI, "I can show u in person." BONDI responds, "Ok SO what time do u want me to pick u up." Your affiant responded, "I can b out by 8ish." BONDI stated, "Ok What's ur address". Your affiant replied, " I can't. My parents will find out. They will still b home. I can meet you near my house." BONDI stated, "Ok where". Your affiant replied, " There is a movie place nearby." BONDI responded, "Find out the address and give it to me" Your affiant stated "Pine ridge plaza. Pine island and sr 84 Ridge movie." BONDI stated "Ok I found it I'll pick u up from there at 8." Your affiant asked, "Ok What car do u have? How will I know it's u?" BONDI replied, "I'll Kik you when I'm there  I'll be in a white Honda." Your affiant responded, "Ok. Cool. I'll kik u when I get there. Do you have any condoms?" BONDI responded, "Yea I'm excited lol". Your affiant stated, "Me too. Can't wait." BONDI stated "I just hope it's you I've been talking to lol." Your affiant responded, "It is babe. I'm fucking excited." BONDI aasked, "Can you shave ur ass??" Your affiant replied, "Hell yeah." BONDI asked, "Do u have an electric buzzer" Your affiant stated "Yes". BONDI stated "Ok use that lol not a razor blade Razor blade will give u bumps and stuff lol." Your affiant stated, "Of course. Blades fucking hurt." BONDI responded "Haha yea Can't wait". Your affiant responded, "Me too. Did u find a hotel or we stayin in the car". BONDI replied

4

"Well were not gona sleep in the car lol". Your affiant responded, "True". BONDI asked, "So ur gonna be at the movies at 8 right." Your affiant responded, "Yes. I will kik u when I'm there." BONDI stated, "Ok im 30min away from the theatre so I'll leave my house around 7:30". Your affiant stated ,"Ok. Cool." BONDI asked, "Are u gonna walk to the movies". Your affiant advised, "Yes. There is a back way I can get there." BONDI replied, "Ok When are u leaving to walk there". Your affiant advised "Around 730ish" BONDI stated, "Ok Let me know when you leave." Your affiant responded, "Ok". Around 7:30 p.m. BONDI stated "I'm leaving now". Your affiant responded, "Ok. Me too. U r in a Honda?" BONDI responded, "Yea". Your affiant stated "Ok". BONDI stated "I'll pick u up from out front of the Dunkin donuts It'll be easier to find u Then from the crowd in front of the movie theatre" Your affiant asked BONDI, "R u there yet?" BOND stated, "No I'm still 15 min away". At approximately 8:00 p.m. BONDI stated, "I'll be there in one minute Head over to DD if ur done".

14. While communicating with BONDI your affiant requested information from Snapchat. Snapchat provided me with basic subscriber information to include a phone number. During a check of the phone number your affiant learned that the phone number was registered to BONDI. Your affiant also learned that BONDI had a 2011 Ford F-150 truck, black in color, FL Tag 629IMD, registered to him. Your affiant retrieved BONDI's driver's license photo.

15. Around 8:05 p.m. a black Ford F-150 truck, black in color, FL Tag 629IMD drove into the Dunkin Doughnuts at 9170 SR 84 and backed into a parking space. Your affiant received a message from BONDI stating "I'm here" around the same time. Members from the Davie Police Department Special Response Team conducted a stop of the vehicle and BONDI was taken into custody.

16. During an inventory search of the vehicle, an Apple cellular phone was recovered on the center console of the vehicle. On the screen were some of the messages your affiant sent to BONI.

17. BONDI was transported to the Davie Police Department. Your affiant advised BONDI of his Miranda rights and he agreed to speak to me without an attorney present. BONDI admitted to communicating with B.F. using Snapchat and Kik. BONDI stated that B.F. told him several times he was 15 years old. BONDI advised that he was planning on having sex with B.F. at a hotel. BONDI admitted that he screwed up.

## CONCLUSION

18. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Matthew BONDI did knowingly use a means of interstate or foreign commerce, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 U.S.C. § 2422(b).

ADAM GRANIT,
Detective Davie Police Department
FBI TFO

Sworn to and subscribed before me this 5 day of August, 2015.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-6327-SNOW

### BOND RECOMMENDATION

DEFENDANT: MATTHEW AARON BONDI

Pre-Trial Detention recommended

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Adam Granit, FBI TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)